# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 10-3017**                                    **September Term, 2011**

UNITED STATES OF AMERICA,
                    APPELLEE

v.

JESUS RODRIGUEZ,
                    APPELLANT

———

Appeal from the United States District Court
for the District of Columbia
(No. 1:08-cr-00344-1)

———

Before: HENDERSON, *Circuit Judge*, and WILLIAMS and GINSBURG, *Senior Circuit Judges*.

# SEALED OPINION NOT AVAILABLE TO THE PUBLIC